**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

JESUS R. GARCIA,

        Petitioner,               Case No. 03-CV-74659-DT

v.

THOMAS BIRKETT,

        Respondent.
_____/

**JUDGMENT**

In accordance with the July 21, 2005 "Opinion and Order Adopting Magistrate Judge's Report and Recommendation and Denying Petitioner's Application for Habeas Corpus,"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Thomas Birkett and against Petitioner Jesus Garcia.

Dated at Detroit, Michigan, this 21 day of July, 2005.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                  BY:_s/Lisa G. Teets_____
                                      Lisa Teets, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland